# Fair Credit Law Group, LLC
## ATTORNEYS AT LAW

**JOEL A. BROWN**
**ROBERT A. FRIEDMAN**

3389 Sheridan St., Suite 245
Hollywood, FL 33021

September 19, 2022

**LVNV Funding, LLC**
P.O Box 10497
Greenville, SC 29603

| | |
|---|---|
| Account Name: | Phyllis Garrett |
| Account No.: | 3715 23 XXXX |
| SSN: | |
| DOB: | |
| 75 Oak Village Boulevard | |
| Homosassa, FL 34446 | |

Dear LVNV Funding, LLC:

Please be advised that the undersigned law firm and affiliated local co-counsel represent the above named client with regard to the above referenced matter. Please be further advised that you are to cease all communications with our client by telephone, mail, and email, with the exception of billing statements which shall continue to be mailed to the client directly.

If you have any questions or concerns please feel free to contact us at your convenience. Thank you for your time and attention in this matter.

Sincerely,

Joel A. Brown & Robert Friedman Esq.
*For The Firm*

* R 2 - P 4 8 1 9 6 8 - F 1 2 9 3 3 0 4 *